In the Matter of the Application of THE BROOKLYN EDISON COMPANY, INC., Respondent, for a Peremptory Order of Mandamus against CHARLES L. CRAIG, Comptroller of the City of New York, et al., Appellants.

*Tax — mandamus — corporations — New York city — mandamus granted to compel credit against special franchise tax of payment made in accordance with terms of franchise.*

*Matter of Brooklyn Edison Co., Inc.,* v. *Craig,* 214 App. Div. 801, affirmed.

(Argued February 24, 1926; decided March 30, 1926.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the second judicial department, entered June 26, 1925, which unanimously affirmed an order of Special Term granting a motion for a peremptory order of mandamus to compel defendants to credit upon the tax rolls of the city of New York against taxes on relator's special franchise for the year 1923 a payment made July 24, 1922, as required by the terms of its franchise.

*George P. Nicholson, Corporation Counsel (William H. King, Eugene Fay* and *Joseph A. Dodin* of counsel), for appellants.

*Frank C. Laughlin, George H. Olney* and *Charles D. Miller* for respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., POUND, McLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ. Absent: CARDOZO, J.